In re CITY OF BUFFALO. Appeal of EL-WOOD et al. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) In the matter of the application of the City of Buffalo to acquire lands in fee simple for the purpose of opening and extending Morgan street, etc.; Esther E. Elwood and Grant R. Thompson, landowners, appealing. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) In the matter of the appointment of two trustees for the city and county hall, for the use of the City of Buffalo and the County of Erie, in place of John G. Cloak and Amos H. Baker, deceased. No opinion. John G. Cloak appointed to succeed himself, for a term of six years from the 4th day of May, 1910. Warren E. Hunt appointed in place of Amos H. Baker, deceased, for a term of six years from the 4th day of May, 1910.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) In the matter of the application of the City of Buffalo to acquire the title in fee simple in certain lands between Elk and Fulton streets, etc. No opinion. Order affirmed, with $10 costs and disbursements to each party appearing upon this appeal by separate attorneys.

CITY OF BUFFALO, Respondent, v. FRONTIER TELEPHONE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the City of Buffalo against the Frontier Telephone Company and another.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS, J., not sitting.

In re CITY OF NEW YORK. BIEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 10, 1910.) In the matter of the City of New York. Action by Franklin Bien against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CITY OF NEW YORK v. NEW YORK CITY RY. CO. (two cases). (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by the City of New York against the New York City Railway Company. No opinion. Motions granted. Orders filed. See, also, 123 N. Y. Supp. 136.

CITY OF ROCHESTER, Respondent, v. GRAY, Highway Com'r, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by the City of Rochester against Patrick J. Gray, as Commissioner of Highways of the Town of Livonia. No opinion. Judgment (121 N. Y. Supp. 42) affirmed, with costs. See decision on former appeal in same case, reported at 133 App. Div. 852, 117 N. Y. Supp. 1091.

CITY OF ROCHESTER, Respondent, v. GUTBERLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by the City of Rochester against Edward C. Gutberlett. No opinion. Order affirmed, with $10 costs and disbursements.

CITY OF ROCHESTER, Respondent, v. KERN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by the City of Rochester against Jacob Kern. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Appellant, v. WAGNER, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by William P. Clark against John J. Wagner. No opinion. Judgment of the Municipal Court affirmed, with costs.

CLARK, Respondent, v. WEST, Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by William L. Clark against John B. West. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted, without costs. See, also, 122 N. Y. Supp. 380.

CLEVERDON et al., Respondents, v. VAIL, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Robert N. Cleverdon and others against Elizabeth A. Vail. C. W. Hartridge, for appellant. C. Putzel, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CLIFFORD, Respondent, v. SYENITE TRAP ROCK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Raymond Clifford against the Syenite Trap Rock Company. No opinion. Judgment and order affirmed, with costs.

COCHRAN et al. v. REICH et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Eva S. Cochran and others against Elizabeth Reich and others. No opinion. Motion granted. Order filed. See, also, infra.

COCHRAN et al. v. REICH et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Eva S. Cochran and others against Elizabeth Reich and others. N. D. Reich, for appellants. F. H. Man, for respondents Cochran and others. No opinion. Appeal dismissed, without costs. Order filed. See, also, supra.

COLLINS, Appellant, v. ZIMMERLIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by Thaddeus W. Collins, as administrator, etc., against Harry F. Zimmerlin and another. No opinion. Judgment affirmed, with costs.